FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

2002 FEB 20 A 8: 37

Case No. 3:00-cv-1350-J-20TJC
Judge Harvey E. Schlesinger
Magistrate Judge Timothy J. Corrigan

CLERK, U.S. DISTRICT COURT
DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

STANLEY STIRZAKER and
NORMA STIRZAKER,

    Plaintiffs,

vs.

TIMOTHY P. HOWARD and
HOWARD & ASSOCIATES,
ATTORNEYS AT LAW, P.A.,

    Defendants.
_____/

### DEFENDANTS', TIMOTHY P. HOWARD AND HOWARD & ASSOCIATES, ATTORNEYS AT LAW, P.A., NOTICE OF FILING PROPOSAL FOR SETTLEMENT

COME NOW the Defendants, Timothy P. Howard and Howard & Associates, Attorneys at Law, P.A., by and through their undersigned counsel, and hereby provide notice that the Defendants served upon the Plaintiffs, Stanley Stirzaker and Norma Stirzaker, a Proposal For Settlement pursuant to Fla. R. Civ. P. 1.442 and Florida Statute §768.79, this ____ day of February, 2002.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail this ____ day of February, 2002, to the following counsel of record:

A. Margaret Hesford, Esq.
A. Margaret Hesford, P.A.
5648 West Atlantic Boulevard
Margate, Florida 33063

185

Case No. 3:00-cv-1350-J-20TJC

Leslie Alan Schere, Esq.
Leslie Alan Schere, P.A.
1865 Brickell Avenue, Suite A-207
Miami, Florida 33129

_____
Louis F. Robinson, III, Esq.
Law Offices of Louis Robinson, P.A.
3300 PGA Boulevard, Box 930
Palm Beach Gardens, Florida 33410
(561) 659-6100
Florida Bar Number 360521
Attorney for Defendants

c:\wp60\lfr\target\howard\notsetpro.fil